**RECEIVED**
CHARLOTTE, N.C.

JUL 13 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:99CR100-V |
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | <u>INDICTMENT</u> |
| AGUSTIN VARGAS-VILLA | ) | |
| a/k/a ROSALIO FERNANDEZ | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case *without prejudice*.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 18th day of July, 2005.

_____
RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA